USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-9-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

     -against-                                                           19 CR 668 (ALC)

MARIAN IRINEL FLORE,                                          **ORDER**

                              Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **April 9, 2024** at **12:30 p.m.**

SO ORDERED.

Dated:     New York, New York
            April 8, 2024

                                                         _____
                                                          ANDREW L. CARTER, JR.
                                                          **United States District Judge**