UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

       - v. –      :      19-CR-668 (ALC)

MARIN IRINEL FLORE,      :      ORDER

              Defendant.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-23-24

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea Hearing is set for **April 25, 2024** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            April 23, 2024

_____
**ANDREW L. CARTER, JR.**
United States District Judge