USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

    - v. -

    19-CR-00668 (ALC)

**ORDER**

MARIAN IRINEL FLORE,

              Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

The Status Conference set for May 21, 2024 is CANCELED.

SO ORDERED.

Dated:    New York, New York
           May 16, 2024

_____
ANDREW L. CARTER, JR.
United States District Judge