USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | Criminal Docket No. <u>19-CR-668 (ALC)</u> |
| MARIAN IRINEL FLORE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by Jaclyn Delligatti, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MARIAN IRINEL FLORE (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1.  The defendant is not a citizen or national of the United States.

2.  The defendant is a native and citizen of Romania.

3.  The defendant was paroled into the United States at or near Miami International Airport, in Miami, Florida, on or about February 3, 2024.

4.  At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the offense of conspiracy to commit device access fraud, in violation of 18 U.S.C. § 1029(b)(2).

5.  A maximum sentence of five years' imprisonment may be imposed for a violation of this offense.

6. The defendant is, and at time of sentencing will be, subject to removal from the United States pursuant to: (1) Section 212(a)(7)(A)(i) of the Immigration and Nationality Act ("INA" or the "Act"), as amended, in that as an alien who is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality if such document is required under the regulations issued by the Attorney General under section 211(a) of the INA; and (2) Section 212(a)(2)(A)(i)(I) of the Act, as amended, in that as an alien who has been convicted of, or who admits having committed, or admits committing acts which constitute the essential elements of, a crime involving moral turpitude, other than a purely political offense, or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Romania as the country for removal pursuant to Section 240(d) of the INA, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement following his sentencing, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Romania.

Dated: New York, New York
       August 2, 2024

_____
HONORABLE ANDREW L. CARTER JR.,
UNITED STATES DISTRICT JUDGE